IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| Lukas Troyer, | : | |
| Plaintiff | : | Civil Action 2:13-cv-00130 |
| v. | : | Judge Marbley |
| Food Concepts International, LP, *et al.*, | : | Magistrate Judge Abel |
| Defendants | : | |

## ORDER

The Clerk of Court is DIRECTED to terminate doc. 17. It is MOOT.

s/Mark R. Abel<br>
United States Magistrate Judge